**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**

Case 1:07-mc-00127　　Document 1　　Filed 04/03/2007　　Page 1 of 1